JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
12/19/2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___C. Wynn___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWON TENNANT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVID B. LONG,<br><br>　　　　Respondent. | NO. CV 14-8244-MWF (MAN)<br><br>JUDGMENT |

　　Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; Denying A Certificate Of Appealability; And Referring Petition To Ninth Circuit Pursuant To Ninth Circuit Rule 22-3(a),

　　IT IS ADJUDGED that this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: December 19, 2014

　　　　　　　　　　　　　　　　　　　_/s/ Michael W. Fitzgerald_
　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE